UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION TO APPOINT UMPIRE

**NOW INTO COURT**, through undersigned counsel, comes Allied Trust Insurance Company (hereinafter "Allied Trust"), who files this Motion to Appoint Umpire.

Previously, Allied Trust demanded and invoked the appraisal provision contained within the Allied Trust Policy and La. R.S. 22:1311(F)(2) and appointed Mark Harter as the appraiser on its behalf. Plaintiffs designated Luke Irwin as their appraiser. The appraisers have not agreed to an umpire. Accordingly, Allied Trust respectfully seeks an Order from this Honorable Court appointing an umpire. Allied Trust respectfully requests that this Court appoint a neutral, qualified umpire, and proposes one of the following qualified and disinterested umpires, as suggested by its appraiser, Mark Harter:

1. Clay Heath
2. Cody King
3. Clinton Kubat.[1]

---

[1] *Curriculum Vitae* of Clay Heath, Cody King, and Clinton Kubat, attached hereto as Exhibit "A", *in globo*.

Based on the foregoing, Allied Trust respectfully requests an Order from this Honorable Court appointing an umpire. The interests of judicial economy will better be served by such an Order.

Respectfully submitted,

*(s) Peyton L. Stein*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**NATHAN R. HAND (38011)**
**KYLE C. MATTHIAS (38338)**
**PEYTON L. STEIN (39400)**
**THE MONSON LAW FIRM, LLC**
Email: *Matthew@MonsonFirm.com*
Email: *Peyton@MonsonFirm.com*
5 Sanctuary Blvd., Suite 101
Mandeville, Louisiana 70471
Telephone:   (985) 778-0678
Facsimile:    (985) 778-0682
***Counsel for Defendant***
***Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 7th day of October, 2022.

*(s) Peyton L. Stein*
