UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND<br>TISH BOUDREAUX<br>　　　　Plaintiffs | * * * * | CIVIL ACTION NO. 2:22-cv-03243 |
| VERSUS | * * | JUDGE JANE TRICHE MILAZZO |
| ALLIED TRUST INSURANCE<br>COMPANY<br>　　　　Defendant | * * * * | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering Allied Trust Insurance Company's Motion to Appoint Umpire,

IT IS HEREBY ORDERED that _____ is appointed as Umpire for the Appraisal invoked in this matter.

DONE this \_\_\_\_\_ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**