# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**RODNEY BOUDREAUX, ET AL.**                  **CIVIL ACTION**

**VERSUS**                                                          **NUMBER: 22-3243**

**ALLIED TRUST INSURANCE COMPANY**          **SECTION: "H"(1)**

## ORDER

      Before the Court is Defendant's Motion to Appoint Umpire. (Rec. doc. 11). On October 27, 2022, the District Court referred the motion to Magistrate Judge Janis van Meerveld for a hearing and determination. (Rec. doc. 14). That same day, however, Chief Judge Nannette Jolivette Brown issued the First Amendment to Case Management Order No. 1 in *In re: Hurricane Ida Claims* (Rec. doc. 15), which held that the Chief Magistrate Judge of this district shall appoint any umpire in a specific case. (*Id.* at p. 12). Defendant's motion is thus now before the undersigned. Plaintiff has filed a response to Defendant's motion in which they assert that they have no opposition to any of the umpires identified by Defendant. (Rec. doc. 16). Accordingly, and after having reviewed the motion and the exhibits attached thereto,

      **IT IS ORDERED** that Cody King of King Claims Appraisal & Consulting be and is hereby appointed as umpire in the above-captioned lawsuit.

New Orleans, Louisiana, this __16th__ day of _____November_____, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE:**
**Cody King**
**King Claims Appraisal & Consulting**
**P.O. Box 12140**
**Lake Charles, LA 70612**