UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND TISH BOUDREAUX | * * | CIVIL ACTION NO. 2:22-cv-03243 |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE JANE TRICHE MILAZZO |
| ALLIED TRUST INSURANCE COMPANY | * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendant | * * | |

*****************************************************************************

### JOINT MOTION TO APPOINT JEFFREY JENNINGS AS UMPIRE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Rodney Boudreaux and Tish Boudreaux, and Defendant, Allied Trust Insurance Company (hereinafter "Allied Trust"), who file this Joint Motion to Appoint Jeffrey Jennings as Umpire.

Previously, Allied Trust demanded and invoked the appraisal provision contained within the Allied Trust Policy and La. R.S. 22:1311(F)(2) and appointed Mark Harter as the appraiser on its behalf. Plaintiffs designated Luke Irwin as their appraiser. The Court ordered (Rec. Doc. 17) that Cody King of King Claims Appraisal & Consulting be appointed as umpire. As the appraisers have now agreed to the appointment of Jeffrey Jennings as an umpire, the parties jointly request the Court set aside or amend its previous Order to reflect that Cody King is no longer umpire, and appoint Jeffrey Jennings as umpire.

Based on the foregoing, the parties respectfully request an Order from this Honorable Court appointing Jeffrey Jennings umpire, and reflecting that Cody King is no longer the appointed umpire in this matter.

- 2 -

Respectfully submitted,

<table>
<tr><td>

*(s) John Love Norris, IV*
**BRIAN KING (24817)**
**JASON F. GILES (29211)**
**JOHN LOVE NORRIS, IV (35269)**
**THE KING FIRM, LLC**
2912 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 909-5464
Fax: (800) 901-6470
Email: *jnorris@kinginjuryfirm.com*

</td><td>

*(s) Peyton L. Stein*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**NATHAN R. HAND (38011)**
**KYLE C. MATTHIAS (38338)**
**PEYTON L. STEIN (39400)**
**THE MONSON LAW FIRM, LLC**
Email: *Peyton@MonsonFirm.com*
5 Sanctuary Blvd., Suite 101
Mandeville, Louisiana 70471
Telephone:     (985) 778-0678
Facsimile:     (985) 778-0682
***Counsel for Defendant***
***Allied Trust Insurance Company***

</td></tr>
</table>