UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND<br>TISH BOUDREAUX<br>　　　Plaintiffs | *<br>*<br>*<br>* | CIVIL ACTION NO. 2:22-cv-03243 |
| VERSUS | *<br>* | JUDGE JANE TRICHE MILAZZO |
| ALLIED TRUST INSURANCE<br>COMPANY<br>　　　Defendant | *<br>*<br>*<br>* | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

*****************************************************************************

## ORDER

Considering Plaintiffs, Rodney Boudreaux and Tish Boudreaux, and Defendant, Allied Trust Insurance Company's Joint Motion to Appoint Jeffrey Jennings as Umpire,

IT IS HEREBY ORDERED that Cody King of King Claims Appraisal & Consulting is removed as Umpire for the Appraisal invoked in this matter;

IT IS FURTHER ORDERED that Jeffrey Jennings is appointed as Umpire for the Appraisal invoked in this matter.

New Orleans, Louisiana, this  14th  day of ___February___ 2023.

HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

- 3 -