UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY BOUDREAUX AND** | * | **CIVIL ACTION NO.: 2:22-cv-03243** |
| **TISH BOUDREAUX** | * | |
| Plaintiffs | * | **JUDGE JANE TRICHE MILAZZO** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| **ALLIED TRUST INSURANCE** | * | **JANIS VAN MEERVELD** |
| Defendant | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO CONFIRM APPRAISAL AWARD

**NOW INTO COURT**, through undersigned counsel, come Petitioners, **RODNEY BOUDREAUX AND TISH BOUDREAUX**, who respectfully submit this Motion to Confirm Appraisal Award against Defendant, **ALLIED TRUST INSURANCE COMPANY**, ("**ALLIED**"). Plaintiffs are entitled to the appraisal award of $747, 282.79 as the amount of the loss.

In this matter it is abundantly clear that Allied has and will continue to not pay their insured's for the amount of the loss to their subject property. Plaintiffs' respectful requests this Court to Confirm the Umpire's Award and to award Plaintiffs' attorneys fees and costs.

**Respectfully submitted,**

*/s/ John Love Norris, IV*

**BRIAN KING, La.** Bar #24817
**JASON GILES**, **La**. Bar #29211
**JOHN LOVE NORRIS, IV**, **La**. Bar # 35269
The King Firm, LLC
2912 Canal Street
New Orleans, LA  70119
Telephone:     (504) 909-5464
Fax:               (800) 901-6470
Email:            jnorris@kinginjuryfirm.com

1