UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY BOUDREAUX AND** | * | **CIVIL ACTION NO.: 2:22-cv-03243** |
| **TISH BOUDREAUX** | * | |
|             **Plaintiffs** | * | **JUDGE JANE TRICHE MILAZZO** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| **ALLIED TRUST INSURANCE** | * | **JANIS VAN MEERVELD** |
|             **Defendant** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

    **IT IS HEREBY ORDERED AND DECREED:**

Plaintiffs Motion to Confirm the Appraisal Reward is **GRANTED** and Plaintiffs are entitled to the appraisal award of $747, 282.79 as the amount of the loss

    **IT IS FURTHER ORDERED AND DECREED:**

Plaintiffs are awarded attorneys fees and costs in the sum of $_____.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2023.

 

                                                                 _____

                                                                  **MAGISTRATE JUDGE, EDLA**