UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY BOUDREAUX AND** | * | **CIVIL ACTION NO.: 2:22-cv-03243** |
| **TISH BOUDREAUX** | * | |
| Plaintiffs | * | **JUDGE JANE TRICHE MILAZZO** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| **ALLIED TRUST INSURANCE** | * | **JANIS VAN MEERVELD** |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Notice of Submission

Undersigned counsel notices this Motion for submission on May 24, 2023, at 9:30 a.m.

Respectfully submitted:


/s/ *John Love Norris, IV*
Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: jnorris@kinginjuryfirm.com