

TRANSCYND CLAIM PARTNERS, Claims Administrator for:
**ALLIED TRUST INSURANCE COMPANY**
25941 US Highway 19 North, Box 15457
Clearwater, FL 33766
Toll-Free: (888) 255-2779
Local: (727) 475-6178
Fax Line: (727) 442-4933

January 7, 2022

**Emails:  Jnorris@kinginjuryfirm.com**
The King Firm
Attn: John Love Norris IV
2912 Canal Street
Louisiana, LA 70119

Re:  Allied Trust Policyholder:   Rodney Boudreaux and Tish Boudreaux
     Allied Trust Policy Number:   730924
     Allied Trust Claim Number:    21111989
     Type of Loss:                 Hurricane Ida
     Date of Loss:                 8/29/2021
     Loss Location:                102 Lac Cypriere Dr., Luling, LA 70070

Dear John Love Norris IV,

Allied Trust Insurance Company ("Allied Trust") provides homeowners insurance coverage for the above location, with Transcynd Claim Partners acting as the claims administrator on their behalf. This claim was made under the insurance policy issued on behalf of Allied Trust, Policy No. 730924 (the "Policy"). Allied Trust is investigating this claim while reserving all of its rights under the Policy.

We are in receipt of your December 13, 2021 correspondence and thank you for the same. Based on the foregoing, it is clear that there is a dispute as to the amount of this loss. Accordingly, Allied Trust invokes the appraisal provision contained within the Policy. This provision provides as follows:

**HOMEOWNERS HO 00 03 05 11 – SPECIAL FORM**

**SECTION I – CONDITIONS (15 of 24)**

F. Appraisal

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit



    their differences to the umpire. A decision agreed to by any two will set the amount of loss.

    Each party will:
        1. Pay its own appraiser; and
        2. Bear the other expenses of the appraisal and umpire equally.

Under these provisions, once either party elects to proceed under the appraisal provision, it becomes mandatory - both parties are obligated to participate. Moreover, once triggered, the appraisal process must be completed before a dispute as to the amount of loss can be pursued through litigation. This is apparent both from the appraisal provision quoted above and the policy provision that mandates that "[n]o action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss."

Pursuant to the terms and conditions set forth above, please be advised that you have twenty (20) days from the receipt of this correspondence to identify your appraiser. The appraiser assigned by Allied Trust is:

Mark F. Harter
Phone Number: 225-907-3642
Mark.Harter75@gmail.com

Nothing herein constitutes, nor should it be construed by you as a waiver of any other rights or defenses of Allied Trust under its Policy of Insurance, nor is it the purpose of this correspondence to waive any of the policy provisions, terms, exclusions or conditions.

If you should have any additional questions or concerns, please do not hesitate to call. We look forward to working with you through the appraisal process.

Sincerely,

*Bethzaida Peguero*

Bethzaida Peguero
Sr. Claims Examiner
Transcynd Claim Partners
(727) 314-8014
Bethzaida.peguero@transcynd.com