# APPRAISAL AWARD

Insured:         Rodney & Tish Boudreaux
Claim #:         21111989
Policy #:        730924
Date of Loss:    8/29/2021
Loss Address:    102 Lac Cypriere Drive, Luling, LA 70070

We, the undersigned, and pursuant to the within appointment as licensed, qualified and competent appraisers, DO HEREBY CERTIFY and solemnly swear that we have truly and conscientiously performed the duties assigned us in accordance with the Appraisal Conditions of the Policy of Insurance issued to said insured, agreeable to the foregoing stipulations, and have appraised and determined and do hereby award as to the amount of the loss to the best of our knowledge, skill and judgement; the following wit:

| AMOUNT OF LOSS | REPLACEMENT COST VALUE | DEPRECIATION | ACTUAL CASH VALUE |
|---|---|---|---|
| Dwelling: | $491,125.30 | $22,963.55 | $468,161.75 |
| Other Structures: | $27,045.24 | $0.00 | $27,045.24 |
| Law/Ordinance: | *** Not Appraised *** | | |
| Add Debris Removal: | *** Not Appraised *** | | |
| Civil Authority: | *** Not Appraised *** | | |
| Fungi/Mold/Rot: | *** Not Appraised *** | | |
| Contents: | $141,152.54 | $0.00 | $141,152.54 |
| Loss of Use (ALE): | $87,959.71 | $0.00 | $87,959.71 |
| Appraisal Totals: | $747,282.79 | $22,963.55 | $724,319.24 |

**WE DO HEREBY FURTHER CERTIFY that the cause of loss for all appraised damages is damage due to wind associated with Hurricane Ida occurring on the Date of Loss: 8/29/2021.**

This appraisal process took into consideration for ordinance or law (code coverage) where it was made aware to us or was within our level of knowledge of construction.  Policy provisions remain in effect, available to both parties.

This award is made without consideration for any prior partial payments or advanced payments made to the insured under the above coverages or the policy deductible. The above referenced conclusions remain subject to the applicable policy language and exclusions, as well as the deductible obligations of the insured.  The above referenced figures include in any previously paid sums, such that prior payments should be deducted from said conclusions for calculation of amount outstanding if any**.**

**WE DO HEREBY AWARD the forgoing sums as our Appraisal Award.**

_____ - Date_____    _____ - Date 3/10/2023
Mark Harter                                         Luke Irwin
Appraiser for Carrier                               Appraiser for Insured

_____ - Date 3/8/2023
Jeffrey N Jennings
Umpire