

Allcat Claims Service, Claims Administrator for:
**ALLIED TRUST INSURANCE COMPANY**
814 Arion Parkway, Building 3
San Antonio, TX 78216
Toll-Free: 800-838-8135
Fax: 830-522-2540

October 18, 2021

RODNEY BOUDREAUX
102 LAC CYPRIERE DR
LULING, LA 70070

Re: Allied Trust Policy Number: 730924
Allied Trust Claim Number: 21111989
Type of Loss: Hurricane
Date of Loss: 8/29/2021

Dear RODNEY BOUDREAUX:

This letter follows the inspection of your property and the investigation of your claim. Your building and/or personal property claim has been settled on an actual cash value basis, pending repair or replacement of the damaged property. The estimate and/or any other supporting documents regarding the payment of your claim are enclosed. Your payment, outlined below, will be mailed to you shortly.

**Coverage A - Dwelling:**

| | | |
|---|---|---|
| Replacement Cost Value | $ | 150,129.08 |
| Less Recoverable Depreciation | $ | 10,448.45 |
| Actual Cash Value | $ | 139,680.63 |
| Less Deductible | $ | 1,000.00 |
| **Net Claim Payment** | $ | **138,680.63** |

**Coverage B. Other Structures:**

| | | |
|---|---|---|
| Replacement Cost Value | $ | 21,416.51 |
| Less Recoverable Depreciation | $ | 0 |
| Actual Cash Value | $ | 20,233.16 |
| Less Deductible | $ | 0 |
| **Net Claim Payment** | $ | **20,233.16** |

Your dwelling/other structures check is payable to you, our insured, and your mortgage company. Please understand we are obligated to do so under the terms of your policy. Please contact your mortgage company for their procedures for endorsing payments. **Please note that your settlement check(s) will arrive separately in the mail from this settlement letter and enclosed documents.** Your policy also provides replacement cost coverage. This means that if you repair or

**EXHIBIT**
**A**

Page **1** of **2**

**ALLIED TRUST**

replace your building loss, you may be entitled to an additional payment for the repair or replacement.

In order to collect the repair/replacement cost balance of **$10,448.45** your policy requires that you notify us of your intent to make a claim for the balance, within 180 days from the date of loss. When repairs are completed, we will need copies of all contracts, invoices, cancelled checks (front and back) and any other pertinent documentation necessary to verify the completion of repairs. If necessary, we may make arrangements to reinspect your property prior to authorizing payment.

In order to collect the entire balance, you must document expenditures equal to or in excess of the replacement cost loss. Should you document expenses, which exceed the actual cash value payment, but not the replacement cost loss, you will be entitled to recover only the costs actually incurred. Expenditures in excess of the balance noted above will not be reimbursed.

**If you disagree with our repair estimate for the covered damage, please contact us at your earliest convenience.  If you have any documents, records, or other information that we have not received that you believe may change our evaluation of the amount of loss, please send them to us immediately.**

 Please keep in mind that you have an obligation to maintain the insured property and prevent further damage. You should move forward with any repairs necessary to protect your property from further damage.

Our evaluation of the amount of your loss does not necessarily constitute a full and final resolution of your claim for damages associated with your claimed loss.  Please submit any supplemental claims for any damages discovered in the covered reconstruction and repair of your property for our consideration.

If you have any questions concerning your claim, please feel free to call us at the number listed below. Your complete satisfaction is our priority.  Allied Trust Insurance is here to serve you in your time of need.


Sincerely,


Detria Keeling
Claims Examiner
210-756-5496
alliedtrust@allcatclaims.com

Encl:  Estimate

Cc: operations@goosehead.com