UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY BOUDREAUX ET AL.**                **CIVIL ACTION**

**VERSUS**                                  **NO: 22-3243**

**ALLIED TRUST INSURANCE CO.**              **SECTION "H"**

### ORDER

    The Louisiana Supreme Court suspended Plaintiffs' co-counsel Jason F. Giles from the practice of law on an interim basis. *In re Giles,* 2024-B-1503 (La. 2025).

    Pursuant to Louisiana Supreme Court Rule XIX, § 19.2(c), which requires an interimly suspended lawyer to comply with Section 26, this matter is hereby **STAYED** until Giles satisfies Louisiana Supreme Court Rule XIX, § 26. The Court will lift the stay at the request of the Plaintiffs once it is assured that the Plaintiffs' interests are adequately protected.

    New Orleans, Louisiana this 7th day of January, 2025.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**