UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND <br> TISH BOUDREAUX <br>     Plaintiffs <br><br> VERSUS <br><br> ALLIED TRUST INSURANCE <br> COMPANY <br>     Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.  2:22-cv-03243 <br><br><br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAGISTRATE JUDGE <br> JANIS VAN MEERVELD |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR CONTINUANCE
## AND ENTRY OF AMENDED SCHEDULING ORDER

**NOW INTO COURT**, through undersigned counsel, comes Allied Trust Insurance Company who respectfully requests this Honorable Court to enter an order continuing this trial and/or an order amending the current Scheduling Order [Rec. Doc. 42] as is more fully set out in the attached Memorandum in Support. Good cause exists for the continuance of the trial of this matter, or alternatively, the extension of expert and discovery deadlines as is more fully briefed herein.

Accordingly, the Defendant prays that the Court enter an Order continuing the trial of this matter and/or and order extending the deadline for expert reports by two weeks, with an accompanying two-week extension on expert motions in limine, and a thirty day extension of discovery. Defendant has attempted to confer with plaintiff's counsel regarding his objection or agreement to this motion but has not yet received a response.

        Respectfully Submitted:

        */s/ Rachel L. Flarity*
        **MATTHEW D. MONSON (25186)**
        **JOHN C. HENRY (18948)**
        **RACHEL L. FLARITY (33131)**
        **JOHN D. MINEO, IV (36587)**
        **KYLE C. MATTHIAS (38338)**
        **THE MONSON LAW FIRM, LLC**
        5 Sanctuary Blvd., Ste. 101
        Mandeville, Louisiana 70471
        Telephone:   (985) 778-0678
        Facsimile:    (985) 778-0682
        *Email: Rachel@MonsonFirm.com*
        ***Counsel for Defendant, Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, by the United States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing to all counsel of record, this 30th day of December, 2025.

        */s/ Rachel L. Flarity*