UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RECORDS DEPOSITION

TO:   Rodney and Tish Boudreaux
Through their Attorney of Record:
John Love Norris, IV
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119

PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company, through undersigned counsel, will take the records deposition of the Custodian of Records for the following:

| | |
|---|---|
| Deponents: | Mattix Cabinet Works, Inc.<br>415 N. Solomon St.<br>New Orleans, LA 70119 |
| Date/Time: | Monday, September 30, 2024 at 4:00 p.m. |
| Place: | The Monson Law Firm, LLC<br>5 Sanctuary Blvd., Ste. 101<br>Mandeville, Louisiana 70471 |

A Subpoena Duces Tecum will be issued for the production of the following records:

## See attached Exhibit "A"

- 1 -

# Exhibit A

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to *rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the deposition, an appearance will <u>not</u> be necessary.

Respectfully submitted,

<u>(s) Rachel L. Flarity</u>
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
*Email:  Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 29th day of August, 2024.

<u>/s/ Rachel L. Flarity</u>

# EXHIBIT "A"

1.      Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Mattix Cabinet Works, Inc., its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.      Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Mattix Cabinet Works, Inc., its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.      Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.      Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.      Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

7.      Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO.  2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

**************************************************************************

<u>**NOTICE OF RECORDS DEPOSITION**</u>

TO:   Rodney and Tish Boudreaux
      Through their Attorney of Record:
      John Love Norris, IV
      The King Firm, LLC
      2912 Canal Street
      New Orleans, LA 70119

PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company, through

undersigned counsel, will take the records deposition of the Custodian of Records for the

following:

| | |
|---|---|
| <u>Deponents:</u> | AMA Entertainment Company |
| | 1525 Airline Drive |
| | Metairie, LA 70001 |
| <u>Date/Time:</u> | Friday, October 4, 2024 at 9:00 a.m. |
| <u>Place:</u> | The Monson Law Firm, LLC |
| | 5 Sanctuary Blvd., Ste. 101 |
| | Mandeville, Louisiana 70471 |

A Subpoena Duces Tecum will be issued for the production of the following records:

# See attached Exhibit "A"

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to *rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the deposition, an appearance will <u>not</u> be necessary.

Respectfully submitted,

<u>(s) Rachel L. Flarity</u>
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
*Email: Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 30th day of August, 2024.

<u>/s/ Rachel L. Flarity</u>

# EXHIBIT "A"

1.      Copy of the entire written and/or electronic file in the possession, control and/or accessibility of AMA Entertainment Company, its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.      Copy of the entire written and/or electronic file in the possession, control and/or accessibility of AMA Entertainment Company, its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.      Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.      Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.      Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

7.      Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO.  2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF RECORDS DEPOSITION**</u>

TO:   Rodney and Tish Boudreaux
      Through their Attorney of Record:
      John Love Norris, IV
      The King Firm, LLC
      2912 Canal Street
      New Orleans, LA 70119

PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company, through

undersigned counsel, will take the records deposition of the Custodian of Records for the

following:

| | |
|---|---|
| <u>Deponents:</u> | ATA Loss Consulting, LLC |
| | Tommy Tompkins |
| | 25910 Canal Rd., Ste. 269 |
| | Orange Beach, AL 36561 |
| <u>Date/Time:</u> | Monday, October 21, 2024 at 9:00 a.m. |
| <u>Place:</u> | The Monson Law Firm, LLC |
| | 5 Sanctuary Blvd., Ste. 101 |
| | Mandeville, Louisiana 70471 |

A Subpoena Duces Tecum will be issued for the production of the following records:

# See attached Exhibit "A"

- 1 -

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF**

**RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson

Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to

*rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the

deposition, an appearance will <u>not</u> be necessary.

Respectfully submitted,

*(s) Rachel L. Flarity*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
*Email: Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all

counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly

addressed and postage prepaid, this 1st day of October, 2024.

*/s/ Rachel L. Flarity*

## EXHIBIT "A"

1.  Copy of the entire written and/or electronic file in the possession, control and/or accessibility of ATA Loss Consulting, LLC and/or Tommy Tompkins, its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.  Copy of the entire written and/or electronic file in the possession, control and/or accessibility of ATA Loss Consulting, LLC and/or Tommy Tompkins, its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.  Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.  Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

5.  Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.  Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

7.  All documentation and correspondence, in its original native format (including ESX files) which in any way relates to Rodney Boudreaux, Tish Boudreaux, 102 Lac Cypriere Drive, Luling, Louisiana 70070, and Claim No. 21111989. This includes, but it not limited to,

1

communications, correspondence, and documents exchanged with Rodney Boudreaux, Tish Boudreaux, the King Firm, Nikolaos Stafford, Anthoney Webb, Anthony Vastola, Luke Irwin, Irwin and Associates, LLC, Jeffrey Jennings, and Jennings Adjusting & Appraisals, LLC. All documents are to be produced in their native format.

8. All estimates, in their native ESX format, which were in any way used for, copied from, or referenced in the ATA Loss Consulting, LLC, estimate for Claim No. 21111989. These estimates include, but are not limited to:
   a.    "TOUR_1479578 owned by EKATERIN"
   b.    "BOUDREAUX-2 owned by TOMMYJT8"

9. All MACRO files, in their native ESX format, which were in any way used for, copied from, or referenced in the ATA Loss Consulting, LLC, estimate for Claim No. 21111989. These MACRO files include, but are not limited to:
   a.    EMERGENCY (Personal) Macro
   b.    COMPROOF (Personal) Macro
   a.    EXTPER (Personal) Macro
   b.    OHDOOR (Personal) Macro
   c.    GUTTERS (Personal) Macro
   d.    WALLS5 (Personal) Macro
   e.    STOOLWCASING (Personal) Macro
   f.    BASE5 (Personal) Macro
   g.    FLOORENG (Personal) Macro
   h.    BASE4 (Personal) Macro
   i.    CEILINGREPAIRTEXT (Personal) Macro
   j.    CABINETS (Personal) Macro
   k.    FLOORMISC (Personal) Macro
   l.    WALLS4 (Personal) Macro
   m.    CROWN7IN (Personal) Macro
   n.    BASE7 (Personal) Macro
   o.    CEILINGTEXT (Personal) Macro
   p.    WIRESHELFDR (Personal) Macro
   q.    BASE3 (Personal) Macro
   r.    FLOORINGMISC4 (Personal) Macro
   s.    CROWN5IN (Personal) Macro
   t.    CEILINGREPAIRTEXT (Personal) Macro
   u.    INTERIORPREMIUM (Personal) Macro
   v.    BASE6 (Personal) Macro
   w.    MISCBATH (Personal) Macro
   x.    FLOORINGMISCVINYL (Personal) Macro
   y.    WATERMITIGATION (Personal) Macro
   z.    GENERAL (Personal) Macro

10. All invoices submitted to Rodney Boudreaux, Tish Boudreaux, or the King Law Firm, LLC, for completion of the ATA Loss Consulting, LLC, estimate in Claim No. 21111989.

2

11.  All documentation evidencing payment amounts received for completion of the ATA Loss Consulting, LLC, estimate in Claim No. 21111989.

12.  All documentation and correspondence identifying Estimator "WILLDUPN".

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RECORDS DEPOSITION

TO:    Rodney and Tish Boudreaux
       Through their Attorney of Record:
       John Love Norris, IV
       The King Firm, LLC
       2912 Canal Street
       New Orleans, LA 70119

PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company, through

undersigned counsel, will take the records deposition of the Custodian of Records for the

following:

Deponents:    Bill Tanner
              25910 Canal Rd., Ste. 269
              Orange Beach, AL 36561

Date/Time:    Friday, November 22, 2024 at 12:00 p.m.

Place:        The Monson Law Firm, LLC
              5 Sanctuary Blvd., Ste. 101
              Mandeville, Louisiana 70471

A Subpoena Duces Tecum will be issued for the production of the following records:

## See attached Exhibit "A"

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to *rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the deposition, an appearance will <u>not</u> be necessary.

Respectfully submitted,

*(s) Rachel L. Flarity*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
*Email: Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 28th day of October, 2024.

*/s/ Rachel L. Flarity*

- 2 -

# EXHIBIT "A" – Bill Tanner

1.  Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Bill Tanner, its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.  Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Bill Tanner, its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.  Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.  Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

5.  Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.  Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

7.  All documentation and correspondence, in its original native format (including ESX files), which in any way relates to Rodney Boudreaux, Tish Boudreaux, 102 Lac Cypriere Drive, Luling, Louisiana 70070, and Claim No. 21111989. This includes, but it not limited to,

communications, correspondence, and documents exchanged with Rodney Boudreaux, Tish Boudreaux, the King Firm, ATA Loss Consulting, LLC, Tommy Tompkins, Hali Pipkins, Nikolaos Stafford, Anthoney Webb, Luke Irwin, Irwin & Associates, Jeffrey Jennings, and Jennings Adjusting & Appraisals, LLC, and Mark Harter. All communications, correspondence, and documents are to be produced in their native format, including ESX files.

8.    All invoices and hour logs you submitted relating to your work in creating the ATA Loss Consulting, LLC, estimate in Claim No. 21111989;

9.    All communications and documentation evidencing payment amounts you received relating to the ATA Loss Consulting, LLC, estimate for Claim No. 21111989;

10.   Any licenses or certifications you hold as an estimator, claims adjuster, public adjuster, appraiser, umpire, and contractor.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RECORDS DEPOSITION

TO:    Rodney and Tish Boudreaux
       Through their Attorney of Record:
       John Love Norris, IV
       The King Firm, LLC
       2912 Canal Street
       New Orleans, LA 70119

PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company, through

undersigned counsel, will take the records deposition of the Custodian of Records for the

following:

Deponents:    Hali Pipkins
              25910 Canal Rd., Ste. 269
              Orange Beach, AL 36561

Date/Time:    Friday, November 22, 2024 at 1:00 p.m.

Place:        The Monson Law Firm, LLC
              5 Sanctuary Blvd., Ste. 101
              Mandeville, Louisiana 70471

A Subpoena Duces Tecum will be issued for the production of the following records:

## See attached Exhibit "A"

- 1 -

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to *rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the deposition, an appearance will <u>not</u> be necessary.

<div align="center">

Respectfully submitted,

</div>

*(s) Rachel L. Flarity*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:      (985) 778-0678
Facsimile:      (985) 778-0682
*Email:  Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 28th day of October, 2024.

*/s/ Rachel L. Flarity*

# EXHIBIT "A" – Hali Pipkins

1.    Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Hali Pipkins, its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.    Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Hali Pipkins, its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.    Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.    Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

5.    Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.    Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

7.    All documentation and correspondence, in its original native format (including ESX files), which in any way relates to Rodney Boudreaux, Tish Boudreaux, 102 Lac Cypriere Drive, Luling, Louisiana 70070, and Claim No. 21111989. This includes, but it not limited to,

1

communications, correspondence, and documents exchanged with Rodney Boudreaux, Tish Boudreaux, the King Firm, ATA Loss Consulting, LLC, Tommy Tompkins, Bill Tanner, Nikolaos Stafford, Anthoney Webb, Luke Irwin, Irwin & Associates, Jeffrey Jennings, and Jennings Adjusting & Appraisals, LLC, and Mark Harter. All communications, correspondence, and documents are to be produced in their native format, including ESX files.

8.     All invoices and hour logs you submitted relating to your work in creating the ATA Loss Consulting, LLC, estimate in Claim No. 21111989;

9.     All communications and documentation evidencing payment amounts you received relating to the ATA Loss Consulting, LLC, estimate for Claim No. 21111989;

10.     Any licenses or certifications you hold as an estimator, claims adjuster, public adjuster, appraiser, umpire, and contractor.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
| Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF RECORDS DEPOSITION**</u>

TO:    Rodney and Tish Boudreaux
       Through their Attorney of Record:
       John Love Norris, IV
       The King Firm, LLC
       2912 Canal Street
       New Orleans, LA 70119

       PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company, through

undersigned counsel, will take the records deposition of the Custodian of Records for the

following:

<u>Deponents:</u>    Tommy Tompkins
               25910 Canal Rd., Ste. 269
               Orange Beach, AL 36561

<u>Date/Time:</u>    Friday, November 22, 2024 at 2:00 p.m.

<u>Place:</u>        The Monson Law Firm, LLC
               5 Sanctuary Blvd., Ste. 101
               Mandeville, Louisiana 70471

A Subpoena Duces Tecum will be issued for the production of the following records:

## See attached Exhibit "A"

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to *rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the deposition, an appearance will <u>not</u> be necessary.

<div align="center">

Respectfully submitted,

*(s) Rachel L. Flarity*
</div>

**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
*Email:  Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

<div align="center">

**CERTIFICATE OF SERVICE**
</div>

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 28th day of October, 2024.

*/s/ Rachel L. Flarity*

# EXHIBIT "A" – Tommy Tompkins

1.  Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Tommy Tompkins, its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.  Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Tommy Tompkins, its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.  Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.  Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

5.  Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.  Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

7.  All documentation and correspondence, in its original native format (including ESX files), which in any way relates to Rodney Boudreaux, Tish Boudreaux, 102 Lac Cypriere Drive, Luling, Louisiana 70070, and Claim No. 21111989. This includes, but it not limited to,

1

communications, correspondence, and documents exchanged with Rodney Boudreaux, Tish Boudreaux, the King Firm, ATA Loss Consulting, LLC, Hali Pipkins, Nikolaos Stafford, Anthoney Webb, Luke Irwin, Irwin & Associates, Jeffrey Jennings, and Jennings Adjusting & Appraisals, LLC, and Mark Harter. All communications, correspondence, and documents are to be produced in their native format, including ESX files.

8.  All invoices and hour logs you submitted relating to your work in creating the ATA Loss Consulting, LLC, estimate in Claim No. 21111989;

9.  All communications and documentation evidencing payment amounts you received relating to the ATA Loss Consulting, LLC, estimate for Claim No. 21111989;

10. Any licenses or certifications you hold as an estimator, claims adjuster, public adjuster, appraiser, umpire, and contractor.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO.  2:22-cv-03243 |
| TISH BOUDREAUX | * | |
|     Plaintiffs | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
|     Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF RECORDS DEPOSITION**</u>

TO:    Rodney and Tish Boudreaux
        Through their Attorney of Record:
        John Love Norris, IV
        The King Firm, LLC
        2912 Canal Street
        New Orleans, LA 70119

        **PLEASE TAKE NOTICE** that Defendant, Allied Trust Insurance Company, through undersigned counsel, will take the records deposition of the Custodian of Records for the following:

    <u>Deponents:</u>    Breaux's Construction, LLC
                   Through its Registered Agent:
                   Frank Breaux, Jr.
                   1133 Lopez Road
                   Erath, LA 70533

    <u>Date/Time:</u>    Friday, August 22, 2025 at 10:00 a.m.

    <u>Place:</u>    The Monson Law Firm, LLC
              5 Sanctuary Blvd., Ste. 101
              Mandeville, Louisiana 70471

A Subpoena Duces Tecum will be issued for the production of the following records:

# See attached Exhibit "A"

- 1 -

**THIS DEPOSITION IS BEING TAKEN SOLELY FOR THE PRODUCTION OF RECORDS.** If a certified true copy of the records are mailed to Rachel L. Flarity, The Monson Law Firm, L.L.C., 5 Sanctuary Blvd., Ste. 101, Mandeville, Louisiana 70471, or e-mailed to *rachel@monsonfirm.com* and/or *jamie@monsonfirm.com* at least 48 hours prior to the date of the deposition, an appearance will <u>not</u> be necessary.

<div align="center">Respectfully submitted,</div>

*(s) Rachel L. Flarity*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:     (985) 778-0678
Facsimile:      (985) 778-0682
*Email:  Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 23rd day of July, 2025.

*/s/ Rachel L. Flarity*

# EXHIBIT "A"

1.    Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Breaux's Construction, LLC, its employees, agents and/or representatives relating to any person or property owned by or under the control of Rodney and Tish Boudreaux and/or their representatives.

2.    Copy of the entire written and/or electronic file in the possession, control and/or accessibility of Breaux's Construction, LLC, its employees, agents and/or representatives relating to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

3.    Copy of any and all electronic data, including but limited to all mails, facsimiles, hand written notes and/or written documents in the possession, control and/or accessibility of you, your employees, agents, and/or representative relating in any way to work performed and/or contemplated and/or appraised and/or estimated to, for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

4.    Copy of any and all electronic data, including emails, and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representative relating to and/or pertaining to any contracts, invoices, receipts, notes, field notes, calculations, reports, formulae, analyses, diagrams, drawings, pictures, photographs, videos, tables, graphs, charts, maps, surveys, questionnaires, diaries, logs, manuals, guidelines and/or check lists related to your inspection of, reports on contemplated repairs estimates and/or appraised and/or work performed for or on behalf of Rodney and Tish Boudreaux and/or their representatives for the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

5.    Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of you, your employees, agents and/or representatives relating to any proposals, estimates and/or bids for any work performed and/or contemplated and/or appraised and/or estimated at the property of Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.

6.    Copies of any and all electronic data and/or written documents in the possession, control and/or accessibility of your, your employees, agents and/or representatives regarding any materials and/or labor purchased and/or paid for by you, your employees, agents and/or their representatives regarding work performed and/or contemplated and/or appraised and/or estimated at the property of, or on behalf of, Rodney and Tish Boudreaux and/or their representatives including but not limited to the property located at 102 Lac Cypriere Dr., Luling, LA 70070.



# THE MONSON
## LAW FIRM, LLC

Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                    Please Respond to Louisiana Office

February 19, 2025

AMA Entertainment Company
1525 Airline Drive
Metairie, LA 70001

    Re:    *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
            USDC, Eastern District, Docket No. 2:22-cv-03243
            File No.: 0475-0350
            Address: 102 Lac Cypriere Dr., Luling, LA 70070

<p style="text-align:center;color:red"><strong>IMMEDIATE ACTION REQUIRED – SECOND REQUEST</strong></p>

Dear Sir/Madam:

    Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On September 3, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

> **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

    You were further commanded to produce these documents by October 4, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, March 3, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

    I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

    Please do not hesitate to contact my office should you have any questions.

---

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

**www.MonsonFirm.com    855-2-MONSON**

AMA Entertainment Company
February 19, 2025
Page 2


      With kind regards, I am

                                    Sincerely,

                                      Rachel L. Flarity


RLF/jpm
Enclosure



# THE MONSON
## LAW FIRM, LLC

Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com

February 19, 2025

Please Respond to Louisiana Office

Tommy Tompkins
ATA Loss Consulting, LLC
25910 Canal Rd., Ste. 269
Orange Beach, AL 36561

Re:    *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
       USDC, Eastern District, Docket No. 2:22-cv-03243
       File No.:  0475-0350
       Address:  102 Lac Cypriere Dr., Luling, LA 70070

### <span style="color:red">IMMEDIATE ACTION REQUIRED – SECOND REQUEST</span>

Dear Mr. Tompkins:

Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On October 3, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

**Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

You were further commanded to produce these documents by October 21, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, March 3, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

---

**Coral Springs**
2840 N. University Dr.
Coral Springs, FL 33065
754-229-3487

**Tampa**
4830 West Kennedy Blvd., Ste. 600
Tampa, FL 33609
813-499-9139

**Texas**
700 Rockmead Dr., Ste 105
Kingwood, TX 77339
281-612-1920

**Louisiana**
5 Sanctuary Blvd., Ste. 101
Mandeville, LA 70471
985-778-0678

**www.MonsonFirm.com     855-2-MONSON**

Tommy Tompkins
February 19, 2025
Page 2

       Please do not hesitate to contact my office should you have any questions.

       With kind regards, I am

                    Sincerely

                    Rachel L. Flarity

RLF/jpm
Enclosure



Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                                    Please Respond to Louisiana Office

February 19, 2025

Bill Tanner
25910 Canal Rd., Ste. 269
Orange Beach, AL 36561

  Re: *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
    USDC, Eastern District, Docket No. 2:22-cv-03243
    File No.:  0475-0350
    Address:  102 Lac Cypriere Dr., Luling, LA 70070

<p align="center"><strong><span style="color:red">IMMEDIATE ACTION REQUIRED – SECOND REQUEST</span></strong></p>

Dear Mr. Tanner:

  Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On October 31, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

    **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

  You were further commanded to produce these documents by November 22, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, March 3, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

  I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

  Please do not hesitate to contact my office should you have any questions.

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

<p align="center"><strong>www.MonsonFirm.com 855-2-MONSON</strong></p>

Bill Tanner
February 19, 2025
Page 2


     With kind regards, I am

                    Sincerely,

                    Rachel L. Flarity


RLF/jpm
Enclosure



Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                    Please Respond to Louisiana Office
                        February 19, 2025


Hali Pipkins
25910 Canal Rd., Ste. 269
Orange Beach, AL 36561

     Re:   *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
            USDC, Eastern District, Docket No. 2:22-cv-03243
            File No.:  0475-0350
            Address:  102 Lac Cypriere Dr., Luling, LA 70070

<p style="text-align:center;color:red;"><strong>IMMEDIATE ACTION REQUIRED – SECOND REQUEST</strong></p>

Dear Mr. Pipkins:

     Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On October 31, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

> **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

     You were further commanded to produce these documents by November 22, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, March 3, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

     I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

     Please do not hesitate to contact my office should you have any questions.

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

**www.MonsonFirm.com    855-2-MONSON**

Hali Pipkins
February 19, 2025
Page 2


      With kind regards, I am

                       Sincerely,

                       Rachel L. Flarity


RLF/jpm
Enclosure



# THE MONSON
## LAW FIRM, LLC

Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com

Please Respond to Louisiana Office

February 19, 2025

Mattix Cabinet Works, Inc.
415 N. Solomon St.
New Orleans, LA 70119

     Re:   *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
           USDC, Eastern District, Docket No. 2:22-cv-03243
           File No.:  0475-0350
           Address:  102 Lac Cypriere Dr., Luling, LA 70070

<p align="center" style="color:red"><b>IMMEDIATE ACTION REQUIRED – SECOND REQUEST</b></p>

Dear Sir/Madam:

     Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On September 10, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

> **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

     You were further commanded to produce these documents by September 30, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, March 3, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

     I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

     Please do not hesitate to contact my office should you have any questions.

**Coral Springs**
2840 N. University Dr.
Coral Springs, FL 33065
754-229-3487

**Tampa**
4830 West Kennedy Blvd., Ste. 600
Tampa, FL 33609
813-499-9139

**Texas**
700 Rockmead Dr., Ste 105
Kingwood, TX 77339
281-612-1920

**Louisiana**
5 Sanctuary Blvd., Ste. 101
Mandeville, LA 70471
985-778-0678

**www.MonsonFirm.com    855-2-MONSON**

Mattix Cabinet Works, Inc.
February 19, 2025
Page 2


      With kind regards, I am

                     Sincerely,


                     Rachel L. Flarity

RLF/jpm
Enclosure



# THE MONSON
## LAW FIRM, LLC

Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                    Please Respond to Louisiana Office

May 29, 2025

AMA Entertainment Company
1525 Airline Drive
Metairie, LA 70001

     Re:   *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
           USDC, Eastern District, Docket No. 2:22-cv-03243
           File No.:  0475-0350
           Address:  102 Lac Cypriere Dr., Luling, LA 70070

### IMMEDIATE ACTION REQUIRED – THIRD AND FINAL REQUEST

Dear Sir/Madam:

     Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On September 3, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

     **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

     You were further commanded to produce these documents by October 4, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, June 16, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

     I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

     Please do not hesitate to contact my office should you have any questions.

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

**www.MonsonFirm.com    855-2-MONSON**

Mattix Cabinet Works, Inc.
May 29, 2025
Page 2


      With kind regards, I am

                                 Sincerely,

                                 Rachel L. Flarity

RLF/jpm
Enclosure



Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                    Please Respond to Louisiana Office

May 29, 2025


Tommy Tompkins
ATA Loss Consulting, LLC
25910 Canal Rd., Ste. 269
Orange Beach, AL 36561

     Re:    *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
            USDC, Eastern District, Docket No. 2:22-cv-03243
            File No.:  0475-0350
            Address:  102 Lac Cypriere Dr., Luling, LA 70070

<p align="center">**IMMEDIATE ACTION REQUIRED – THIRD AND FINAL REQUEST**</p>

Dear Mr. Tompkins:

    Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On October 3, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

> **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

    You were further commanded to produce these documents by October 21, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, June 16, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

    I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

**www.MonsonFirm.com    855-2-MONSON**

Tommy Tompkins
May 29, 2025
Page 2


Please do not hesitate to contact my office should you have any questions.

With kind regards, I am

Sincerely

Rachel L. Flarity


RLF/jpm
Enclosure



# THE MONSON
## LAW FIRM, LLC

Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                    Please Respond to Louisiana Office

May 29, 2025

Bill Tanner
25910 Canal Rd., Ste. 269
Orange Beach, AL 36561

Re:    *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
       USDC, Eastern District, Docket No. 2:22-cv-03243
       File No.:  0475-0350
       Address:  102 Lac Cypriere Dr., Luling, LA 70070

<p style="text-align:center;color:red;">**IMMEDIATE ACTION REQUIRED – THIRD AND FINAL REQUEST**</p>

Dear Mr. Tanner:

Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On October 31, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

**Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

You were further commanded to produce these documents by November 22, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, June 16, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

Please do not hesitate to contact my office should you have any questions.

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

**www.MonsonFirm.com    855-2-MONSON**

Bill Tanner
May 29, 2025
Page 2


With kind regards, I am

Sincerely,

Rachel L. Flarity

RLF/jpm
Enclosure



Rachel L. Flarity
Admitted in Louisiana
Rachel@MonsonFirm.com                                    Please Respond to Louisiana Office

May 29, 2025

Hali Pipkins
25910 Canal Rd., Ste. 269
Orange Beach, AL 36561

      Re:    *Rodney Boudreaux, et al v. Allied Trust Ins. Co.*
            USDC, Eastern District, Docket No. 2:22-cv-03243
            File No.:  0475-0350
            Address:  102 Lac Cypriere Dr., Luling, LA 70070

<div align="center">

**IMMEDIATE ACTION REQUIRED – THIRD AND FINAL REQUEST**

</div>

Dear Mr. Pipkins:

      Our firm represents Allied Trust Insurance Company and are investigating claims regarding the address listed above. On October 31, 2024, we issued a Subpoena Duces Tecum to you/your company. According to the language of that subpoena, and in accordance with the Federal Rules of Civil Procedure, you were commanded to produce:

> **Any and all records in your possession or control relating in any way to 1) Rodney Boudreaux 2) Tish Boudreaux and/or 3) The property located at 102 Lac Cypriere Dr., Luling, LA 70070.**

      You were further commanded to produce these documents by November 22, 2024. We have not received any records from you or your company to date. Please produce these records **IMMEDIATELY**. Should we not receive any response from you by Monday, June 16, 2025, we will be forced to file a Motion to hold you in contempt of court for failure to obey the subpoena.

      I have attached a copy of the Subpoena Duces Tecum which contains instructions on where to produce the records and a detailed explanation of which records we are seeking.

      Please do not hesitate to contact my office should you have any questions.

| **Coral Springs** | **Tampa** | **Texas** | **Louisiana** |
|---|---|---|---|
| 2840 N. University Dr. | 4830 West Kennedy Blvd., Ste. 600 | 700 Rockmead Dr., Ste 105 | 5 Sanctuary Blvd., Ste. 101 |
| Coral Springs, FL 33065 | Tampa, FL 33609 | Kingwood, TX 77339 | Mandeville, LA 70471 |
| 754-229-3487 | 813-499-9139 | 281-612-1920 | 985-778-0678 |

**www.MonsonFirm.com    855-2-MONSON**

Hali Pipkins
May 29, 2025
Page 2


      With kind regards, I am

                              Sincerely,

                              Rachel L. Flarity

RLF/jpm
Enclosure