UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
|     Defendant | * | |
| | * | |

*************************************************************************

### RULE 7.9 CERTIFICATE OF OPPOSITION TO DEFENDANT'S MOTION

Undersigned counsel for Defendant Allied Trust Insurance Company ("Allied Trust" or "Defendant"), Rachel Flarity, certifies that on December 23, 26, and 29th, that she contacted counsel for Plaintiffs, Rodney and Tish Boudreaux ("Plaintiffs"), John Norris, IV, to seek consent to file a Motion for Continuance and Entry of Amended Scheduling Order (the "Motion") but did not receive a response to same.

    Respectfully submitted,

    *(s) Rachel L. Flarity*
    **MATTHEW D. MONSON (25186)**
    **JOHN C. HENRY (18948)**
    **RACHEL L. FLARITY (33131)**
    **JOHN D. MINEO, IV (36587)**
    **KYLE C. MATTHIAS (38338)**
    **THE MONSON LAW FIRM, LLC**
    5 Sanctuary Blvd., Ste. 101
    Mandeville, Louisiana 70471
    Telephone:   (985) 778-0678
    Facsimile:   (985) 778-0682
    *Email: Rachel@MonsonFirm.com*
    **Counsel for Defendant, Allied Trust Insurance Company**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, by the United States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing to all counsel of record, this 30th day of December, 2025.

*(s) Rachel L. Flarity*