UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND | * | CIVIL ACTION NO. 2:22-cv-03243 |
| TISH BOUDREAUX | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| ALLIED TRUST INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY | * | JANIS VAN MEERVELD |
|     Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Allied Trust Insurance Company (hereinafter "Defendant" or "Allied Trust"), will bring the attached Motion for Continuance and/or Entry of Amended Scheduling Order, before the Honorable Jane Triche Milazzo, United States District Court, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana at 9:30 a.m. on the 14th day of January, 2026 or as soon as thereafter as counsel can be heard.

    Respectfully Submitted:

*/s/ Rachel L. Flarity*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**KYLE C. MATTHIAS (38338)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Telephone:   (985) 778-0678
Facsimile:   (985) 778-0682
*Email: Rachel@MonsonFirm.com*
***Counsel for Defendant, Allied Trust Insurance Company***

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, by the United States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing to all counsel of record, this 30th day of December, 2025.

                                                  */s/ Rachel L. Flarity*