UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY BOUDREAUX AND TISH BOUDREAUX | * * | CIVIL ACTION NO. 2:22-cv-03243 |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE JANE TRICHE MILAZZO |
| ALLIED TRUST INSURANCE COMPANY | * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendant | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING DEFENDANT ALLIED TRUST INSURANCE COMPANY'S MOTION FOR CONTINUANCE OF TRIAL SETTING AND ENTRY OF AMENDED SCHEDULING ORDER

Before the Court is Defendant Allied Trust Insurance Company's ("Allied Trust") Opposed Motion for Continuance of Trial Setting and Entry of Amended Scheduling Order (the "Motion"). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is hereby **ORDERED** that Defendant's expert reports shall be due on or before _____;

It is hereby **ORDERED** that the discovery deadline shall be _____;

It is hereby **ORDERED** that the parties shall file motions to dismiss, motions for summary judgment, or other dispositive motions on or before _____;

It is hereby **ORDERED** that the parties shall file expert motions in limine on or before _____;

It is further **ORDERED** that this case is removed from the Court's April 27, 2026 trial docket and reset to _____.

It is further **ORDERED** that all pretrial deadlines in the Court's Scheduling Order [Rec. Doc. 42] are hereby extended by _____ to correspond with the new trial date.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2025.

_____
**JUDGE**