UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY BOUDREAUX ET AL.**                       **CIVIL ACTION**

**VERSUS**                                                       **NO: 22-3243**

**ALLIED TRUST INSURANCE CO.**                **SECTION "H"**

### ORDER

Considering Defendant Allied Trust Insurance Company's Motion to Continue (Doc. 44), which is set for submission before this Court on January 14, 2026;

**IT IS ORDERED** that the Motion is **GRANTED IN PART**. The deadlines to produce written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, and to file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial are **CONTINUED** to January 23, 2026.

**IT IS FURTHER ORDERED** that a status conference is scheduled for Thursday, January 15, 2026 at 2:30 p.m.

New Orleans, Louisiana this 7th day of January, 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**