**MINUTE ENTRY**
**MILAZZO, J.**
**January 15, 2026**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**RODNEY BOUDREAUX ET AL.**                     CIVIL ACTION

**VERSUS**                                      NO: 22-3243

**ALLIED TRUST INSURANCE CO.**                  SECTION "H"

### <u>MINUTE ENTRY</u>

On January 15, 2026, the Court held a telephone status conference. John Norris participated on behalf of Plaintiff; Rachel Flarity participated on behalf of Defendant. The parties updated the Court on the status of the case.

**IT IS ORDERED** that Plaintiff shall respond to Defendant's discovery requests by January 20, 2026.

**IT IS FURTHER ORDERED** that Defendant's expert report deadline is **CONTINUED** to February 6, 2026.



(JS-10:15)